UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luis Marty, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,<br><br>                                Plaintiff,<br><br>                v.<br><br>ASA Building Maintenance Inc., Aref Ajram (a/k/a Steve Ajram), and Maher Safa (a/k/a Michael Safa),<br><br>                                Defendants. | 22-cv-04595 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On June 13, 2022, the Court referred this case to mediation under Local Civil Rule 83.9. On October 3, 2022, the parties held a mediation conference. By October 21, 2022, the parties shall file a joint status letter informing the Court as to whether the mediation was successful.

SO ORDERED.

Dated:     October 14, 2022
               New York, New York

_____
Ronnie Abrams
United States District Judge