# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

October 17, 2022

**VIA ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Courthouse
Manhattan, New York, NY 10007

      **Re:** **Marty v. ASA Building Maintenance Inc. et al**
        Civil Docket No. 1:22-cv-04595-RA

        *Mediation Status Report*

Dear Judge Abrams,

  This office represents Defendants ASA Building Maintenance Inc., Aref Ajram, and Maher Safa ("Defendants") in the above-captioned matter. Together with Plaintiff, we write to appraise the Court of the status of mediation in this matter pursuant to court order dated August 25, 2022.

  The parties attended a remote mediation session with Mediator Raymond L. Mariani, Esq. via Zoom on October 3, 2022. Though the parties were unable to reach an agreement on the first mediation session, the parties will continue to engage in settlement discussions should their respective settlement position change as the case further progresses.

  We thank the Court for the time and attention to this matter.

            Respectfully submitted,

              s/ *Ziyi Gao*
            Ziyi Gao, Esq.
            *Attorney for Defendants*