UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Luis Marty, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff*,

                - *against* -

ASA Building Maintenance Inc., Aref Ajram (a/k/a Steve Ajram), and Maher Safa (a/k/a Michael Safa),

                             *Defendants*.
-------------------------------------------------------------X

Case No.: 1:22-cv-04595

**FED.R.CIV.P. 68 JUDGMENT**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants ASA Building Maintenance Inc., Aref Ajram (a/k/a Steve Ajram), and Maher Safa (a/k/a Michael Safa) (collectively, the "Defendants"), having offered to allow Plaintiff Luis Marty ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of fifty-eight thousand dollars and zero cents ($58,000.00), payable as follows:

1. A payment in the amount of fifty-eight thousand dollars and zero cents ($58,000.00) payable fourteen (14) days following the Court's Entry and Order of this Offer of Judgment.

      WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of fifty-eight thousand dollars and zero cents ($58,000.00) together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

WHEREAS, the total sum of fifty-eight thousand dollars and zero cents ($58,000.00) is inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $58,000.00 as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: March 9, 2023
New York, New York

SO ORDERED:

_____
Jennifer H. Rearden